UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARGARET FOSTER,** | : |
| | : |
| **Plaintiff** | CIVIL ACTION NO. 3:16-1096 |
| | : |
| v. | (JUDGE MANNION) |
| | : |
| **CRESTWOOD SCHOOL DISTRICT**, *et al.,* | : |
| **Defendants** | : |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendants' motion to strike plaintiff's Declaration, (Doc. 26), is **GRANTED IN PART** and **DENIED IN PART**;

**(2)** Defendant CSD Board of Directors is **DISMISSED WITH PREJUDICE**;

**(3)** Defendants' motion to dismiss, (Doc. 11), is **GRANTED** as to Count I of plaintiff's complaint, (Doc. 1), the 14th Amendment procedural due process claim, and this claim is **DISMISSED WITH PREJUDICE**;

**(4)**   The court declines to exercise supplemental jurisdiction over plaintiff's state law claims, Counts II and III, and these claims are **DISMISSED WITHOUT PREJUDICE**; and

**(5)**   The clerk of court is directed to **CLOSE** this case.


                                                        s/ *Malachy E. Mannion*
                                                        **MALACHY E. MANNION**
                                                        **United States District Judge**


**Date: March 22, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1096-01-ORDER.wpd